IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:02CR177 |
| | ) | |
| TIMOTHY A. KRUSE, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the following is set for hearing on **March 24, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Motion to Dismiss [17] filed by the defendant.

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　Trial in this matter will be rescheduled by further order of the Court upon disposition of the Motion to Dismiss.

　　　DATED this 8th day of March, 2006.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　United States Magistrate Judge